UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
HARTFORD DIVISION

2011 JAN -5 PM 1: 35

In re:  §  Case No. 10-20179 ASD
FIGOTEN, MYRON B.  §
FIGOTEN, SANDRA S.  §  (CHAPTER 7)
  §
  Debtor(s).  §

REPORT OF SMALL/UNCLAIMED DIVIDENDS      $2.38

#274436

The undersigned trustee reports:

_____    The dividend(s) payable to the creditor(s) listed in Exhibit A hereto is (are) in an amount less than that Specified in Bankruptcy Rule 3010.

__X__    More than ninety (90) days have passed since the final distribution. I have made a reasonable effort to locate those creditors who did not cash their checks within 90 days or whose checks were returned undeliverable. The dividend(s) payable to the creditor(s) listed in Exhibit A hereto remain unclaimed.

Pursuant to Bankruptcy Rule 3010 or 3011, as applicable, and 11 U.S.C. §347(a), the undersigned trustee remits herewith a check in the total amount shown on Exhibit A for deposit into the United States Treasury, pursuant to chapter 129 of title 28.

DATED: Jan. 3, 2011

Thomas C. Boscarino, Trustee
628 Hebron Avenue
Building Two, Suite 301
Glastonbury, CT 06033
(860) 659-5657

# EXHIBIT A

Case Name: FIGOTEN, MYRON B.
Case Number: 10-20179

| Creditor Name and Address | Claim Number | Distrib. Amount | Small Dividend | Unclaimed Dividend |
|---|---|---|---|---|
| American Infosource Lp As Agent for Citibank (South Dakota) N.A., PO Box 248840 Oklahoma City, OK 73124-8840 | 12 | $187.62 | $2.38 | |
| TOTAL AMOUNT REMITTED TO CLERK: | | | $ 2.38 | $ 0.00 |